UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CROWDER,<br><br>　　　　　Plaintiff,<br>　v.<br>HEAVY LIFTING, LLC,<br>　　　　　Defendant. | Case No. 2:12-cv-7328-ODW(AGRx)<br><br>**ORDER TO SHOW CAUSE RE LACK OF SERVICE** |

　　　Under Federal Rule of Civil Procedure 4(m), defendants must be served within 120 days after the complaint is filed, or else the Court "must dismiss the action without prejudice." Fed. R. Civ. P. 4(m). This action commenced on August 27, 2012—no proof of service has been filed with the Court, and Defendant has not appeared in this case.

　　　Plaintiff is hereby **ORDERED TO SHOW CAUSE** why Defendant has not been timely served. Plaintiff has until February 4, 2013, to comply with this order; or if Defendant has been served, Plaintiff has until February 4, 2013, to file the proof of service. Failure to respond will result in dismissal of this action.

　　　**IT IS SO ORDERED.**

　　　January 24, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**